**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00054-CV

**FATIMA DOLORES RODAS, Appellant**

**V.**

**LA MADELEINE OF TEXAS, INC., ET AL., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04672**

## ORDER

We **REINSTATE** this appeal.

In an order dated March 18, 2014, the Court ordered the trial court to conduct a hearing to determine whether the reporter's record from the October 14, 2013 hearing contained any inaccuracies. The trial court held a hearing on April 8, 2014. A supplemental reporter's record from that hearing was filed on April 21, 2014. The record reflects the trial court found that the reporter's record from the October 14, 2013 hearing did not contain any inaccuracies. We **ORDER** the Honorable Phyllis Lister Brown, Judge of the 162nd Judicial District Court of Dallas County, Texas, to transmit, **on or before MAY 9, 2014**, a supplemental clerk's record containing its written findings of fact.

Accordingly, we **DENY** appellant's March 13, 2014 motion requesting production of the court reporter's audio recordings of the October 14, 2013 hearing. We **DENY** appellee's March 25, 2014 motion for sanctions.

We **GRANT** appellants' April 14, 2014 second motion for an extension of time to file a brief. Appellant shall file her brief **on or before MAY 29, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Judge Brown and counsel for all parties.

/s/     ADA BROWN
        JUSTICE